IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　05-M- 2107

AMY MILLER,

        Defendant.

---

### MISDEMEANOR INFORMATION

Title 18, United States Code, Sections 2 and 1030(a)(2)(B)

## COUNT I

**The United States Attorney Charges:**

On or about May 2004, in the Western District of New York, the defendant, AMY MILLER, aided and abetted another person to intentionally cause a computer to be accessed in a manner that exceeded her authorized access and thereby obtained computerized information from the Bureau of Immigration and Customs Enforcement, an agency of the United States.

All in violation of Title 18, United States Code, Sections 2 and 1030(a)(2)(B).

DATED:  Buffalo, New York, June 30, 2005.

Respectfully submitted,

KATHLEEN MEHLTRETTER
Acting United States Attorney

BY: *(signature)*
GREGORY L. BROWN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 853
gregory.l.brown2@usdoj.gov