IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

AMY MILLER,

Defendant.

05-M-2107

**STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

**PLEASE TAKE NOTICE** that the government hereby adopts all findings of the Presentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by Title 18, United States Code, Section 3013 to pay the sum of $25 at the time of sentencing. The government will request that certain conditions be imposed upon a

sentence of probation, if applicable, until such time as the defendant pays the special assessment to the Clerk of the Court.

DATED: Buffalo, New York, September 15, 2005.

Respectfully submitted,

KATHLEEN M. MEHLTRETTER
Acting United States Attorney

BY: s/GREGORY L. BROWN
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716)843-5700, Ext. 853
Gregory.L.Brown2@usdoj.gov

TO: Herbert L. Greenman, Esq.
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

United States Probation Department
Attn: Diane L. Root
U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA :

v. :

AMY MILLER, :

Defendant : 05-M-2107

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the **Statement of the Government With Respect to Sentencing Factors** with the Clerk of the District Court by using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Herbert L. Greenman, Esq.
2. Diane L. Root
   U.S. Probation Officer

s/SUZANNE V. BUFFAMANTI